UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION  ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Kerry Dougherty v. Bayer HealthCare Pharmaceuticals Inc., et al.* | 3:10-cv-11603-DRH |
| *Monique Harris, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | 3:10-cv-12204-DRH |
| *Sherry Homan v. Bayer HealthCare Pharmaceuticals Inc., et al.* | 3:10-cv-10290-DRH |
| *George Nail, Administrator of the Estate of Katherine Nail, Deceased v. Bayer Corporation, et al.* | 3:09-cv-10223-DRH |
| *Madasyn Soares v. Bayer HealthCare Pharmaceuticals Inc., et al.* | 3:10-cv-10493-DRH |
| *Deborah S. Cook, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | 3:11-cv-12307-DRH |
| *Jolene Cemensky v. Bayer Corporation, et al.* | 3:11-cv-11303-DRH |
| *Tia Chosewood v. Bayer Corporation, et al.* | 3:10-cv-11902-DRH |
| *Amanda Miller v. Bayer Corporation, et al.* | 3:10-cv-10217-DRH |
| *Manda Lynn Pickerill v. Bayer HealthCare Pharmaceuticals Inc., et al.* | 3:10-cv-12058-DRH |
| *Kimberly Robins v. Bayer Corporation, et al.* | 3:11-cv-11595-DRH |
| *Jodi Schafer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | 3:11-cv-11013-DRH |
| *Deborah Zamsky v. Bayer Corporation, et al* | 3:11-cv-11678-DRH |

*Alexandra Granakis v. Bayer Corporation, et al.*   3:10-cv-20137-DRH

*Monica Duran v. Bayer Corporation, et al.*   3:09-cv-20078-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 3, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                         **NANCY J. ROSENSTENGEL,**
                                         **CLERK OF COURT**

                                         **BY:** __/s/*Sara Jennings*__
                                                    **Deputy Clerk**

Dated:  July 10, 2013

Digitally signed by David R. Herndon
Date: 2013.07.10 16:36:47 -05'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT